Grant A. Nigolian (Bar No. 184101)
GRANT NIGOLIAN, P.C.
650 Town Center, Suite 1880,
Costa Mesa, CA 92626
Tel: (310) 853-2777
grant@gnpclaw.com

Attorney for Defendant,
Universal Beauty Products, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DILANYAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNIVERSAL BEAUTY PRODUCTS, INC.,<br><br>    Defendant. | Case No: 2:24-cv-5200-FLA (MARx)<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT UNIVERSAL BEAUTY PRODUCTS, INC., TO DISMISS COMPLAINT OF PLAINTIFF DILANYAN**<br><br>[Filed concurrently with Memorandum of Points And Authorities; Request for Judicial Notice; and Declarations of I. Sola and G. Nigolian (with exhibits)]<br><br>Date:       October 11, 2024<br>Time:       1:30 p.m.<br>Courtroom:  6B<br><br>Complaint Filed: June 20, 2024<br>Trial Date:     None Set |

NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on October 11, 2024, at 1:30 p.m., in Courtroom 6B of the above-captioned Court, located at 350 West First Street, Los Angeles, California, 90012, Defendant Universal Beauty Products, Inc. (*Universal Beauty or Defendant*), will and hereby does move for the dismissal of the complaint of plaintiff Michael Dilanyan (*Plaintiff*) without leave to amend pursuant to Rule 12(b)(1), (b)(2), (b)(4), and (b)(6) of the Federal Rules of Civil Procedure (*Rules*), and/or also to strike the prayer for damages pursuant to Rule 12(f) of the Rules.

This motion is brought on the following grounds:

(1)    The Complaint and each and every claim for relief fails to state a claim for which relief can be granted;

(2)    The nationwide class allegations lack of personal jurisdiction, lack of standing, and because California consumer protection statutes do not apply to out-of-state purchases made by nonresidents;

(3)    The Plaintiff lacks standing and his claims are not ripe;

(4)    Plaintiff failed to strictly satisfy statutory notice and procedural requirements in good faith; and

(5)    For all other and further relief the court deems just and appropriate.

This Motion is based on this notice of motion and motion, the memorandum of points and authorities, the accompanying request for judicial notice, the declarations of I. Sola and G. Nigolian (with exhibits), all pleadings and files in this matter, and

NOTICE OF MOTION AND MOTION TO DISMISS

1  upon such other and further oral or documentary evidence as may be presented to

2  the court at or prior to the hearing on this Motion.

3       This motion is made following the conference of counsel pursuant to L.R. 7-3

4  which started prior to, and was completed, on June 24, 2024.

5

6  DATED:  September 5, 2024          Grant A. Nigolian

7                                     GRANT NIGOLIAN, P.C.

8

9                                     By: /s/ Grant Nigolian

10                                        Grant A. Nigolian

11                                     Attorneys for Defendant,

12                                     Universal Beauty Products, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

I certify that on execution date for this document reflected below, I electronically filed in *Michael Dilanyan v. Universal Beauty Products* (Case No. 2:24-cv-05200 FLA (MARx)) the following document(s) entitled:

**NOTICE OF MOTION AND MOTION BY DEFENDANT UNIVERSAL BEAUTY PRODUCTS, INC., TO DISMISS COMPLAINT OF PLAINTIFF DILANYAN**

with the Clerk of the Court for the U.S. District Court, Central District of California, in accordance with the Federal Rules of Civil Procedure and/or the Central District's Local Rules, Rules on Electronic Service. Notice will be electronically emailed to the following individuals that are registered with the Central District's CM/ECF System:

Valter Malkhasyan, Esq. (email: valter@malkpogolaw.com)
Erik Pogosyan, Esq. (email: erik@malkpogolaw.com)
MALK & POGO LAW GROUP, LLP
1241 S. Glendale Ave, Suite 204
Glendale, CA 91205
(818) 484-5204 (Main)
(818) 351-6611 (Direct)

The following individuals are not currently registered with the Central District's CM/ECF filing system and service of the document(s) will be made by U.S. Mail:

Not applicable.

I declare under penalty of perjury that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and that the foregoing is true and correct. Executed on September 6, 2024, at Costa Mesa, California.

*/s/ Sakshi Kansal*
Sakshi Kansal