| | |
|---|---|
| 1 | Grant A. Nigolian (Bar No. 184101) |
| 2 | GRANT NIGOLIAN, P.C. |
|   | 650 Town Center, Suite 1880, |
| 3 | Costa Mesa, CA 92626 |
| 4 | Tel: (310) 853-2777 |
| 5 | grant@gnpclaw.com |
| 6 | Attorney for Defendant, |
| 7 | Universal Beauty Products, Inc. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL DILANYAN, individually and on behalf of all others similarly situated, | ) | Case No: 2:24-cv-5200-FLA (MARx) |
| Plaintiff, | ) | **NOTICE OF MOTION AND MOTION BY DEFENDANT UNIVERSAL BEAUTY PRODUCTS, INC., FOR ENTRY OF DISMISSAL OF COMPLAINT WITH PREJUDICE AND ENTRY OF JUDGMENT THEREON; REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF** |
| vs. | ) | |
| UNIVERSAL BEAUTY PRODUCTS, INC., | ) | |
| Defendant. | ) | |
| | ) | [Filed concurrently with Memorandum of Points And Authorities; Declaration of G. Nigolian with Exhibits; [Proposed] Order of Dismissal With Prejudice; and [Proposed] Judgment] |
| | ) | Date:         October 17, 2025 |
| | ) | Time:         1:30 p.m. |
| | ) | Courtroom:    6B |
| | ) | Complaint Filed: June 20, 2024 |
| | ) | Trial Date:      None Set |

1      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, on October 17, 2025, at 1:30 p.m., in Courtroom 6B of the above-captioned Court, located at 350 West First Street, Los Angeles, California, 90012, Defendant Universal Beauty Products, Inc. (*Universal Beauty or Defendant*), will and hereby does move, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (*Rules*) and Local Rule 41-, for: (i) the entry of dismissal of the complaint with prejudice by plaintiff Michael Dilanyan (*Plaintiff*); (ii) entry of judgment for Defendant and against Plaintiff; and (iii) for all other and further relief the court deems just and appropriate. This motion is brought on the following grounds that Plaintiff has failed to comply with court orders and failed to diligently prosecute this matter because, *inter alia*:

    (1)    On August 13, 2025, the court granted Defendant's motion to dismiss and granted Plaintiff leave to amend (*Order*, Dkt. 35);

    (2)    The Order provided Plaintiff twenty-one days to file an amended complaint, which expired on September 3, 2025 (*Ibid*, p. 13).

    (3)    Based on the matters alleged in the original complaint and the substance of the Order, Plaintiff lacks any real substantive basis to meaningfully amend the complaint in good faith; and

    (4)    As of filing this motion on September 19, 2025, Plaintiff has not filed an amended complaint (i.e., a failure to prosecute).

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 201 of the Federal Rules of Evidence, Defendant requests the court take judicial notice of:

    (5)    The original complaint (Dkt. 1);

    (6)    The Order Granting Defendant's Motion To Dismiss With Leave To Amend (the Order- Dkt. 35); and

    (7)    The lack of any amended complaint in the court's record, as well as the lack of any filing having been made in response to the Order, by Plaintiff.

This Motion is based on this notice of motion and motion, the request for judicial notice, the memorandum of points and authorities, the declaration of G. Nigolian (with exhibits) in support hereof, all pleadings and files in this matter, and upon such other and further oral or documentary evidence as may be presented to the court at or prior to the hearing on this Motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 on September 11, 2025, and continued through to September 17, 2025. (G. Nigolian Dec., para. 5.)

DATED: September 18, 2025        Grant A. Nigolian
                                 GRANT NIGOLIAN, P.C.


                                 By: /s/ Grant Nigolian
                                     Grant A. Nigolian

                                 Attorneys for Defendant,
                                 Universal Beauty Products, Inc.

# CERTIFICATE OF SERVICE

I certify that on execution date for this document reflected below, I electronically filed in *Michael Dilanyan v. Universal Beauty Products* (Case No. 2:24-cv-05200 FLA (MARx)) the following document(s) entitled:

**NOTICE OF MOTION AND MOTION BY DEFENDANT UNIVERSAL BEAUTY PRODUCTS, INC., FOR ENTRY OF DISMISSAL OF COMPLAINT WITH PREJUDICE AND ENTRY OF JUDGMENT THEREON; REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF**

with the Clerk of the Court for the U.S. District Court, Central District of California, in accordance with the Federal Rules of Civil Procedure and/or the Central District's Local Rules, Rules on Electronic Service. Notice will be electronically emailed to the following individuals that are registered with the Central District's CM/ECF System:

Valter Malkhasyan, Esq. (email: valter@malkpogolaw.com)
Erik Pogosyan, Esq. (email: erik@malkpogolaw.com)
MALK & POGO LAW GROUP, LLP
1241 S. Glendale Ave, Suite 204
Glendale, CA 91205
(818) 484-5204 (Main)
(818) 351-6611 (Direct)

The following individuals are not currently registered with the Central District's CM/ECF filing system and service of the document(s) will be made by U.S. Mail:

Not applicable.

I declare under penalty of perjury that service was made and that the foregoing is true and correct. Executed on September 18, 2025, at Costa Mesa, California.

*/s/ Grant Nigolian*
Grant Nigolian