1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  MICHAEL DILANYAN, individually )  Case No: 2:24-cv-5200-FLA (MARx)
and on behalf of all others similarly )
12  situated, )  **[PROPOSED] JUDGMENT**
)
13  )
Plaintiff, )
14  )
)
15  vs. )
)
16  )
UNIVERSAL BEAUTY PRODUCTS, )
17  INC., )
)
18  )
Defendant. )
19  )
)
20  )
)
21  )
)
22  )
23

24      This action came for hearing before the court, on October 17, 2025, Hon.

25  Fernando L. Aenlle-Rocha, District Judge Presiding, on a motion to dismiss, the

26  evidence presented having been fully considered, the issues having been duly heard

27  and a decision having been duly rendered,

28

COS - [PROPOSED] JUDGMENT

1    IT IS ORDERED AND ADJUDGED that judgment is hereby found in favor

2  of defendant Universal Beauty Products, Inc. (***Defendant***) and against plaintiff

3  Michael Dilanyan (***Plaintiff***) and that Plaintiff take nothing.

4

5

6  DATED: _____          _____

7                                        FERNANDO L. AENLLE-ROCHA
                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COS - [PROPOSED] JUDGMENT

**CERTIFICATE OF SERVICE**

I certify that on execution date for this document reflected below, I electronically filed in *Michael Dilanyan v. Universal Beauty Products* (Case No. 2:24-cv-05200 FLA (MARx)) the following document(s) entitled:

**[PROPOSED] JUDGMENT**

with the Clerk of the Court for the U.S. District Court, Central District of California, in accordance with the Federal Rules of Civil Procedure and/or the Central District's Local Rules, Rules on Electronic Service. Notice will be electronically emailed to the following individuals that are registered with the Central District's CM/ECF System:

Valter Malkhasyan, Esq. (email: valter@malkpogolaw.com)
Erik Pogosyan, Esq. (email: erik@malkpogolaw.com)
MALK & POGO LAW GROUP, LLP
1241 S. Glendale Ave, Suite 204
Glendale, CA 91205
(818) 484-5204 (Main)
(818) 351-6611 (Direct)

The following individuals are not currently registered with the Central District's CM/ECF filing system and service of the document(s) will be made by U.S. Mail:

Not applicable.

I declare under penalty of perjury that service was made and that the foregoing is true and correct. Executed on September 18, 2025, at Costa Mesa, California.

*/s/ Grant Nigolian*
Grant Nigolian

COS - [PROPOSED] JUDGMENT