JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DILANYAN,<br>Plaintiff,<br>v.<br>UNIVERSAL BEAUTY PRODUCTS, INC., *et al.*,<br>Defendants. | Case No. 2:24-cv-05200-FLA (MARx)<br>**JUDGMENT** |

For the reasons stated in the Order Granting in Part Defendant's Motion for Entry of Dismissal of Complaint with Prejudice and Entry of Judgment, the court ENTERS Judgment in Defendant Universal Beauty Products, Inc.'s favor and against Plaintiff Michael Dilanyan. Plaintiff's individual claims are DISMISSED with prejudice, and his putative class claims are DISMISSED without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: August 3, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge